# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KAREEM BODY-ETTI,**

    Plaintiff,

    v.                                          Case No. 20-CV-210

**CO STRONG and
SERGEANT LINSSEN,**

    Defendants.

## SCREENING ORDER

On May 18, 2020, I screened the complaint filed by *pro se* plaintiff Kareem Body-Etti, dismissed the complaint because it failed to state a claim, and permitted Body-Etti to file an amended complaint by June 8, 2020. (ECF No. 8.) I warned Body-Etti that if he did not file an amended complaint by that deadline, I would dismiss this case and issue him a "strike" under 28 U.S.C. § 1915(g). (*Id.* at 8.)

The June 8, 2020 deadline has passed, and Body-Etti has not submitted an amended complaint. Consistent with my previous order, this case is **DISMISSED**. Body-Etti has incurred a "strike" under 28 U.S.C. § 1915(g) because his complaint fails to state a claim on which relief may be granted.

This order and the judgment to follow are final. A dissatisfied party may appeal this court's decision to the Court of Appeals for the Seventh Circuit by filing in this court a notice of appeal within **30 days** of the entry of judgment. *See* Federal Rule of Appellate Procedure 3, 4. I may extend this deadline if a party timely requests an

extension and shows good cause or excusable neglect for not being able to meet the 30-day deadline. *See* Federal Rule of Appellate Procedure 4(a)(5)(A).

Under limited circumstances, a party may ask this court to alter or amend its judgment under Federal Rule of Civil Procedure 59(e) or ask for relief from judgment under Federal Rule of Civil Procedure 60(b). Any motion under Federal Rule of Civil Procedure 59(e) must be filed within **28 days** of the entry of judgment. The court cannot extend this deadline. *See* Federal Rule of Civil Procedure 6(b)(2). Any motion under Federal Rule of Civil Procedure 60(b) must be filed within a reasonable time, generally no more than one year after the entry of the judgment. I may not extend this deadline. *See* Federal Rule of Civil Procedure 6(b)(2).

A party is expected to closely review all applicable rules and determine, what, if any, further action is appropriate in a case.

Dated at Milwaukee, Wisconsin, this 18th day of June, 2020.

BY THE COURT:

Nancy Joseph
United States Magistrate Judge